PER CURIAM.

(No. 73—CC—27)

MICHAEL REESE HOSPITAL AND MEDICAL CENTER, An Illinois Not-For-Profit Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed April 11, 1973.*

MICHAEL REESE HOSPITAL AND MEDICAL CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

265

Per Curiam.